## WHITE *v.* WHITE.

GILBERT, J. The exception in this case is to a judgment awarding temporary alimony for support of a minor child, attorney's fees, and the custody of said minor to the mother. The evidence being in conflict and no abuse of discretion shown, the judgment will not be disturbed.

*Judgment affirmed. All the Justices concur.*

No. 5383. OCTOBER 18, 1926.

Temporary alimony, etc. Before Judge Maddox. Floyd superior court. March 6, 1926.

*M. B. Eubanks,* for plaintiff in error. *F. W. Copeland,* contra.

---

Divorce, 19 C. J. p. 329, n. 71; p. 330, n. 73; p. 361, n. 33.